# United States Court of Appeals
## For the First Circuit

No. 06-1737

PHOUNG LUC & THAI MINH CHINH,

Plaintiffs, Appellants,

v.

WYNDHAM MANAGEMENT CORP., et al.,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this court issued on August 7, 2007 is amended as follows:

On page 18, line 1 of footnote 10: "note 2" should be replaced with "note 3"

On page 21, line 11: "Id." should be replaced with: "Venezia v. Miller Brewing Co., 626 F.2d 188, 192 n.5 (1st Cir. 1980)"